UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20418-EA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LERIANEY OLIVEIRA MARINO-NUNES,
    a/k/a "Lilly,"
    a/k/a "Miami,"
    a/k/a "La Bichota," and
PEDRO RODRIGUEZ
    a/k/a "Peter,"
    a/k/a "Lab SALON,"

        Defendants.
        _____/

## UNOPPOSED MOTION TO CONTINUE

COMES NOW, Lerianey Oliveira Marino-Nunes, by and through undersigned counsel, moves this Court for a continuance of the Calendar Call currently scheduled for Thursday, February 19th, at 1:30pm and Trial currently scheduled for February 23rd, at 9:00am. Co-defendant Pedro Rodriguez joins in this motion.

In support thereof, the parties state as follows:

1. Undersigned counsel for Ms. Marino-Nunes is in an ongoing death penalty trial, State of Florida v. Harrel Braddy case number F98-37767, in Miami Dade County. This trial is now expected to go into the first week of February. Undersigned will therefore have very little time to continue to work with Ms. Marino on review of discovery and preparation of her defense.

2. The Government has not yet provided phone extractions for Ms. Marino.

3. The Government, through Assistant United States Attorney Joseph Mahoney, does not oppose this motion as he would be able to acquire the phone extractions for Ms. Marino.

4. Undersigned met with Lerianey Oliveira Marino-Nunes and she agrees to exclude Speedy Trial time pursuant to 18 USC 3161 until a future date as set by the Court.

5. Codefendant counsel Bradley Horenstein representing Pedro Rodriguez joins us in this motion and similarly agrees to exclude Speedy Trial time.

WHEREFORE, the Defense respectfully requests that the calendar call currently set for February 19th, 2026, be reset to a later date convenient to the court and the parties.

Respectfully submitted,

By: _/S/ Khurrum Wahid_
Khurrum Wahid, Esq.
Florida Bar No.: 178764

Wahid Vizcaino Geller, PLLC
2103 Coral Way Suite 401
Miami, FL 33145
Tel: (305) 444-4303

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

      By: _/S/ *Khurrum Wahid*_
Khurrum Wahid, Esq.
Florida Bar No.: 178764

Wahid Vizcaino Geller, PLLC
2103 Coral Way Suite 401
Miami, FL 33145
Tel: (305) 444-4303
Khurrum@wvglegal.com